**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **HANS M. KOHLS,** § | |
| § | |
| *Plaintiff,* § | |
| § | |
| vs. § | NO. 1:25-cv-1807-RP |
| § | |
| **TESLA, INC.,** § | |
| § | |
| *Defendant.* § | |
| § | |

### ORDER GRANTING AGREED MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

Pending before the Court is an Agreed Motion to Compel Arbitration and Stay Proceedings (the "Motion").

Based on the agreement of the Parties, it is ORDERED that the Motion is GRANTED and that all claims asserted by Plaintiff against Defendant in the above-captioned matter are referred to binding arbitration for an arbitrator to determine the arbitrability of Plaintiff's claims. It is further ORDERED that all further proceedings in this matter are stayed pending completion of the arbitration.

IT IS SO ORDERED.

Signed this _____ day of _____ 2026.

_____
Hon. Robert Pitman
United States District Judge