IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HANS M. KOHLS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:25-cv-1807-RP |
| | § | |
| TESLA, INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER**

On January 28, 2026, the Court ordered the parties to file joint status reports on a quarterly basis. (Text order dated January 28, 2026). The parties last filed a status report on May 22, 2026. (Dkt. 8). The parties have failed to file a second status report as of October 10, 2026.

Accordingly, the parties are **ORDERED** to file a status report on or before **October 16, 2026**. Failing to do so may result in the Court issuing an order to show cause why the Court should not sanction the parties for failure to comply with a court order.

**IT IS FURTHER ORDERED** that the parties file status reports with this Court on a quarterly basis detailing the status of the arbitration proceedings, with the next report being due three months after the parties file the October 2026 status report. Additionally, the parties are **ORDERED** to notify this Court immediately should the arbitration proceeding conclude.

**SIGNED** on October 9, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE